1  Vijay J. Patel
   Attorney at Law: 285585
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Fred Ukes

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

FRED UKES,                        )  Case No.: 5:13-cv-00636-AS
11                                )
                Plaintiff,        )  {~~PROPOSED~~} ORDER AWARDING
12                                )  EQUAL ACCESS TO JUSTICE ACT
        vs.                       )  ATTORNEY FEES AND EXPENSES
13                                )  PURSUANT TO 28 U.S.C. § 2412(d)
CAROLYN W. COLVIN, Acting         )  AND COSTS PURSUANT TO 28
14  Commissioner of Social Security,  )  U.S.C. § 1920
                                  )
15              Defendant         )
                                  )
16  _____  )

17

18     Based upon the parties' Stipulation for the Award and Payment of Equal

    Access to Justice Act Fees, Costs, and Expenses:
19

20     IT IS ORDERED that fees and expenses in the amount of $5,000.00 as

    authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by
21

22  28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

23  DATE:  May 6, 2014

    _____
24              / s /
    THE HONORABLE ALKA SAGAR
25  UNITED STATES MAGISTRATE JUDGE

26

                              -1-